# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TECK L. YU, individually and as the Administrator of the ESTATE of CHU KIONG YU, | : : : | Case No. 3:19-cv-23 |
| | : | Judge Thomas M. Rose |
| Plaintiff, | : | |
| v. | : : | |
| MIAMI VALLEY HOSPITAL, *et al.*, | : : | |
| Defendants. | : | |

## ENTRY AND ORDER GRANTING JOINT MOTION TO REMAND (DOC. 10), REMANDING THIS CASE TO THE MONTGOMERY COUNTY, OHIO COURT OF COMMON PLEAS AND TERMINATING CASE

This case is before the Court on the Joint Motion to Remand (Doc. 10) filed by Plaintiff and the remaining Defendants in this case. By prior Order, the Court dismissed Plaintiff's claims against Defendant United States of America. (Doc. 9.) The parties assert that no federal questions remain in this case and there is no reason for the Court to exercise supplemental jurisdiction over Plaintiff's state law medical negligence and wrongful death claims. The Court agrees that, in the interest of judicial economy, convenience, fairness and comity, this case should be remanded to the state court from which it was removed. *Carnegie Mellon Univ. v. Cohill*, 484 U.S. 343, 350 (1988). Accordingly, the Joint Motion to Remand (Doc. 10) is **GRANTED** and this case is **REMANDED** to the Montgomery County, Ohio Court of Common Pleas. The Clerk shall **TERMINATE** this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, April 3, 2019.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE